UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In Re:  Debtor(s)
    **Dawoud Oba Louis–Charles**
    889 Redwood Drive
    Norcross, GA 30093

    **xxx–xx–4927**

    **Lisa Renee Louis–Charles**
    889 Redwood Drive
    Norcross, GA 30093

    **xxx–xx–7115**

Case No.: **09–92805–mhm**
Chapter: **7**

## ORDER CLOSING CASE WITHOUT DISCHARGE

    It appears Debtor has not completed the instructional course concerning personal financial management required for discharge pursuant to 11 U.S.C. § 727(a)(11), as a Debtor's Certificate of Completion of Instructional Course Concerning Personal Financial Management has not been filed. Accordingly, it is

    **ORDERED** that the above–captioned case is closed without entry of discharge.

    **IT IS FURTHER ORDERED** that the estate is closed, and Trustee is discharged from and relieved of said trust.

DATED:  April 1, 2010

_____
Margaret Murphy
United States Bankruptcy Judge

Form 419

# CERTIFICATE OF NOTICE

```
District/off: 113E-9              User: goryy                   Page 1 of 1                  Date Rcvd: Apr 01, 2010
Case: 09-92805                    Form ID: 419                  Total Noticed: 28

The following entities were noticed by first class mail on Apr 03, 2010.
db/jtdb     +Dawoud Oba Louis-Charles,   Lisa Renee Louis-Charles,   889 Redwood Drive,
              Norcross, GA 30093-3713
tr          +Kyle A. Cooper,   Suite 104,   615 Colonial Park Drive,   Roswell, GA 30075-3772
ust         +Office of the US Trustee,   Suite 362,   75 Spring Street, SW,   Atlanta, GA 30303-3330
12429105    +ACS Department of Education,   P.O. Box 7051,   Utica, NY 13504-7051
12429106    +All Turf,   c/o American Profit Recovery,   34405 W 12 Mile Rd,   Suite 3,
              Farmington Hills, MI 48331-3391
12429107    +Ashford University,   c/o Williams & Fudge Inc,   300 Chatham Ave,   Suite 201,
              Rock Hill, SC 29730-5395
12429108    +Atlanta Womens Specialist,   c/o Hollis Cobb,   6621 Bay Circle,   Norcross, GA 30071-1250
12429109    +Best Bank,   c/o Boulder Credit Service,   3290 W Big Beaver Rd,   Troy, MI 48084-2903
12429110    +Best Finance,   c/o Investment Recovery Service,   P.O. Box 1943,   Greeneville, TN 37744-1943
12429111    +Bulwark Exterminating LLC,   c/o Leland Scott,   P.O. Box 2205,   Mansfield, TX 76063-0040
12429112    +Car Connection,   2558 Mountain Industrial Boulevard,   Tucker, GA 30084-3810
12429113    +City of Lawrenceville,   c/o Stallings Financial Group,   1111 S Marietta Pkwy SE,
              Marietta, GA 30060-2885
12429114    +City of Loganville,   c/o Penn Credit Corporation,   916 S 14th St,   Harrisburg, PA 17104-3425
12429116   ++FORD MOTOR CREDIT COMPANY,   PO BOX 6275,   DEARBORN MI 48121-6275
             (address filed with court:  Ford Motor Credit Corporation,   National Bankruptcy Center,
              P.O. Box 537901,   Livonia, MI 48153)
12429115    +Ford Motor Credit Company,   c/o MacDowell & Associates,   P.O. Box 450849,
              Atlanta, GA 31145-0849
12429117    +Georgia Department of Revenue,   P.O. Box 161108,   Atlanta, GA 30321-1108
12429118    +Gwinnett County Public Library,   c/o Unique National Collections,   119 E Maple St,
              Jeffersonville, IN 47130-3439
12429119    +HSBC Bank,   Attn: Bankruptcy,   P.O. Box 5253,   Carol Stream, IL 60197-5253
12429120    +Lormax LLC,   c/o Midland Credit Mgmt,   8875 Aero Dr,   San Diego, CA 92123-2251
12429121    +Paragon Emergency Physicians,   c/o NCO Financial Systems,   507 Prudential Rd,
              Horsham, PA 19044-2308
12429122    +Progressive Insurance S.E.,   c/o NCO Financial Systems,   507 Prudential Rd,
              Horsham, PA 19044-2308
12429123    +Shop At Home,   c/o Security Credit Service,   2653 West Oxford Loop,   Suite 108,
              Oxfods, MS 38655-2929
12429124    +Sprint,   c/o Enhanced Recovery Corp,   8014 Bayberry Rd,   Jacksonville, FL 32256-7412
12429125    +T Mobile,   c/o Afni, Inc.,   Attn: DP Recovery Support,   P.O. Box 3427,
              Bloomington, IL 61702-3427
12429127    +Walton Electric,   c/o Collection Service Of Athens,   110 Newton Bridge Rd Bld,
              Athens, GA 30607-1163
12429128    +West Bay Aquisitions,   c/o Baystate Gas-Brockton,   P.O. Box 67015,   Harrisburg, PA 17106-7015
The following entities were noticed by electronic transmission on Apr 01, 2010.
12429126    +E-mail/Text: ebn@phinsolutions.com                            Wachovia Bank,
              c/o RJM Acquisition LLC,   575 Underhill Blvd Ste 2,   Syosset, NY 11791-3426
12429129    +E-mail/PDF: bk@worldacceptance.com Apr 02 2010 01:48:57      World Finance,   2238 Snellville Plz,
              Snellville, GA 30078-2661
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 03, 2010**                    Signature:    _Joseph Speetjens_